Form 07 - CORPORATION

FILED
US DISTRICT COURT FOR THE NOTHERN DISTRICT OF CALIFORNIA
09 SEP 21 PM 3:45

SULLIVAN AND CROMWELL    SULLIVAN AND CROMWELL

VERIFONE ISRAEL LTD.

PLAINTIFF

- vs -

HEARTLAND PAYMENT SYSTEMS, INC.

DEFENDANT

index No. C09 04172 MEJ
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**CARL MILLER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **11TH** day of **SEPTEMBER, 2009** **10:58AM** at

90 NASSAU ST. 2ND FL.
PRINCETON, NJ 08542

I served a true copy of the **SUMMONS, COMPLAINT AND CONFERENCE AND ADR DEADLINES**
upon **HEARTLAND PAYMENT SYSTEMS, INC.**
a domestic corporation, the **DEFENDANT** therein named by delivering to, and leaving personally with
**RUBINA CHHIPA, MANAGING AGENT**
a true copy of each thereof.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **BROWN** HAIR: **BROWN**
APP.AGE: **30** APP. HT: **5/2** APP. WT: **130**
OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
14TH day of SEPTEMBER, 2009

JOEL GOLUB
Notary Public, NASSAU COUNTY
01G04751186
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

CARL MILLER 90101
AETNA CENTRAL JUDICIAL SERVICES
255 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-SC2-32264

FILE VIA FAX