Michael H. Steinberg (CSB No. 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 407-2674

*Of Counsel:*

Marc De Leeuw
James T. Williams
David R. Dehoney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Plaintiffs
VeriFone Israel Ltd. and
VeriFone Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| VERIFONE ISRAEL LTD., an Israeli corporation, and VERIFONE HOLDINGS, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEARTLAND PAYMENT SYSTEMS, INC., a Delaware corporation,<br><br>      Defendant. | CASE NO. C09-04172 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING PENDING DEADLINES UNTIL COMPLETION OF SETTLEMENT DISCUSSIONS** |

WHEREAS, VeriFone Israel Ltd. and VeriFone Holdings, Inc. (collectively, "Plaintiffs") and Heartland Payments Systems, Inc. ("Defendant") are currently engaged in settlement discussions and believe that it is reasonable to extend all current deadlines for a period of forty-five (45) days to avoid expending time and resources of both the Court and the parties that may become unnecessary if those discussions are successful;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant has fourteen (14) days to file an answer to Plaintiffs' Amended Complaint for Patent Infringement and Declaratory Relief ("Complaint") from the time the Court rules on Defendant's pending Motion to Dismiss State Law Claims for Declaratory Relief ("Motion to Dismiss");

WHEREAS, on October 19, 2009, the Court scheduled the Initial Case Management Conference for December 18, 2009;

WHEREAS, on December 17, 2009, the Court rescheduled the Case Management Conference, at the parties' request, for January 15, 2010;

WHEREAS, pursuant to Local Patent Rule 3-1, Plaintiffs must serve their Disclosure of Asserted Claims and Infringement Contentions on Defendant within fourteen (14) days after the Initial Case Management Conference;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate that:

1. All current deadlines in this case are hereby extended for a period of forty-five (45) days.

2. Without limiting the generality of the foregoing, the following specific deadlines are extended as follows:

    a. The Case Management Conference with the Court currently scheduled for January 15, 2010 shall be rescheduled, subject to the Court's availability, to a mutually agreeable time during the week of March 1, 2010 or as soon thereafter as the Court may be available.

1         b.     Plaintiffs shall serve Defendant with their Disclosure of Asserted Claims and Infringement Contentions within fourteen (14) days after the Case Management Conference is held.

        IT IS SO STIPULATED.

Dated: December 24, 2009

| /s/ Gregory S. Bishop | /s/ Michael H. Steinberg |
|---|---|
| Gregory S. Bishop (CSB 184680)<br>Thomas F. Fitzpatrick (CSB 194565)<br>Joseph R. Farris (CSB 263405)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038<br><br>*Attorneys for Defendant*<br>*Heartland Payment Systems, Inc.* | Michael H. Steinberg (CSB 134179)<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725<br>Telephone: (310) 712-6600<br>Facsimile: (310) 407-2674<br><br>*Of Counsel:*<br><br>Marc De Leeuw<br>James T. Williams<br>David R. Dehoney<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Attorneys for Plaintiffs*<br>*VeriFone Israel Ltd. and*<br>*VeriFone Holdings, Inc.* |

| | |
|---|---|
| 1 | I, Michael H. Steinberg, am the ECF User whose ID and password are being |
| 2 | used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING PENDING |
| 3 | DEADLINES UNTIL COMPLETION OF SETTLEMENT DISCUSSIONS.  In compliance |
| 4 | with General Order 45, X.B., I hereby attest that Gregory S. Bishop concurred in this filing. |

*/s/ Michael H. Steinberg*
Michael H. Steinberg

\* \* \*

## **ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
The case management conference set for March 5, 2010 at 8:30 a.m.

Dated: December 30, 2009

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DIST...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*